**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01404-CV

**NASROLLAH JAFARZADEH, Appellant**

**V.**

**MONIREH MAJD RAVANBAKSHS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53521-2012**

## ORDER

Before the Court is the December 3, 2014 motion of Niki Garcia, Official Court Reporter for the 366th Judicial District Court of Collin County Texas, requesting a sixty-day extension of time to file the reporter's record. In a notice dated December 2, 2014, the Court informed Ms. Garcia that the reporter's record was past due and directed her to file it within thirty days. The reporter's record is due **JANUARY 2, 2014**. Accordingly, we **DENY** the motion as premature.

/s/    ELIZABETH LANG-MIERS
        JUSTICE